# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ABANTE ROOTER AND PLUMBING, INC.,

    Plaintiff,

vs.                                                      CIVIL ACTION FILE NO.: 3:17-CV-309

ADVANCED MERCHANT SERVICES, INC.

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Abante Rooter and Plumbing, Inc, and Defendant, Advanced Merchant Services, Inc., a Florida corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismissal of all claims in this action by Plaintiff against Defendant with prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 26th day of May, 2017.


**LAW OFFICE OF W. JOHN GADD, P.A.**      **BATAINEH PALMERI, LLP**

By: *s/ W. John Gadd*                          By : s/ *Salvatore A. Palmeri*
W. John Gadd, Esq.                           Salvatore A. Palmeri, Esq.
Florida Bar No. 0463061                 Florida Bar No. 0064418
2727 Ulmerton Rd. Ste. 250             1200 Riverplace Boulevard Suite 705
Clearwater, FL 33762                      Jacksonville, FL 32207
727.524.6300 Tel.                           904.683.2561 Tel.
Email: wig@mazgadd.com               E-mail: spalmeri@batainehlaw.com

*Attorneys for Plaintiff*                       *Attorneys for Defendant,*
*Abante Rooter and Plumbing, Inc.*         *Advanced Merchant Services, Inc.*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 26th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify under penalty of perjury under the laws of the United States of America that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          /s/ *W. John Gadd*
                                          W. John Gadd, Esq.