**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ABANTE ROOTER AND
PLUMBING, INC.,

    Plaintiff,

v.                                    Case No.   3:17-cv-309-J-34MCR

ADVANCED MERCHANT
SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 19; Stipulation) filed on May 26, 2017.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own attorney's fees and costs.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of May, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record